UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                 Case. No. 2:13-CR-20892-005

v.                                                          Honorable George Caram Steeh

MOHAMMAD RAFIQ,

    Defendant
_____/

## **STIPULATION**

The parties stipulate to a two-week adjournment of the presentence report objection due date, to August 21, 2015.  The United States Probation Department has no objection to this adjournment.

STIPULATED BY:

| | |
|---|---|
| Elizabeth Young | Anjali Prasad (P58555) |
| Trial Attorney, Criminal Division | Flood Law PLLC |
| U.S. Department of Justice (Fraud Section) | 401 North Main Street |
| 1400 New York Avenue, NW | Royal Oak, MI   48067 |
| Washington, DC 20005 | *Attorney for Defendant* |
| Elizabeth.young@usdoj.gov | aprasad@floodlaw.com |

Dated: July 31, 2015

**IT IS SO ORDERED.**

s/George Caram Steeh
Honorable George Caram Steeh
United States District Judge


Entered:   August 3, 2015